UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JULIAN VIDAL,

                Plaintiff,

-v-

EAST SIDE BAGEL CAFE, INC., *et al..*,

                Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/15/19

No. 18-cv-7251 (RJS)
ORDER

RICHARD J. SULLIVAN, Circuit Judge:

    On July 1, 2019, the Court held a fairness hearing on the proposed settlement in this case. (Doc. No. 61-1.) *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015). The Court reserved judgment on the question of whether the proposed settlement was fair and reasonable and directed the parties to file a supplemental submission. The Court is now in receipt of the parties' joint letter, dated July 15, 2019, setting forth the basis for distinguishing between Plaintiff in this case and the plaintiffs who received more favorable settlements in the previously settled case *Salgado et al v. East Side Bagel Cafe, Inc. et al.*, No. 18-cv-602 (RJS). (Doc. No. 62.)

    In light of Defendants' precarious financial situation and the fact that the Plaintiff could find himself even worse off if the Court insists on fully consistent treatment between the similarly situated plaintiffs in the two cases, the Court concludes that the settlement is fair and reasonable. In reaching this conclusion, the Court also considered Plaintiff's range of possible recovery, the seriousness of the litigation risks faced by the parties, and the fact that the settlement was the product of arm's-length bargaining without the possibility of fraud or collusion. *See Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335–37 (S.D.N.Y. 2012). In addition, the Court found the attorney's fees and costs of one third of the value of the net settlement agreement to be fair and

reasonable. Accordingly, IT IS HEREBY ORDERED THAT the settlement is approved. The Court retains jurisdiction to enforce the settlement agreement. *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381 (1994).

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:   July 15, 2019
         New York, New York

_____
RICHARD J. SULLIVAN
UNITED STATES CIRCUIT JUDGE
Sitting by Designation